James G. Onder
Onder, Shelton, O'Leary & Peterson, LC
1015 Locust St, Ste 720
St. Louis, MO 63101
Telephone: (314) 421-6565
Facsimile: (314) 421-4724

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-4689 CRB<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| This Document Relates To:<br><br>Brenda Maycock,<br>                              Plaintiff<br>vs.<br>Pfizer, Inc., et al.,<br>                              Defendants. | |

Come now the Plaintiff, Brenda Maycock in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to the plaintiffs named

///

///

///

1  herein only with each side bearing its own attorneys' fees and costs.

2

3  Dated: 3/22/10

4  By: _____ MOBAR 45035

5  ONDER, SHELTON, O'LEARY &
   PETERSON, LC
6  1015 Locust St, Ste 720
   St. Louis, MO 63101
7  Telephone: (314) 421-6565
   Facsimile: (314) 421-4724

8
   *Attorney for Plaintiffs*
9

10 Dated: 3/24/10

11 By: Todd S. Hageman  MOBAR 44770
   THE SIMON LAW FIRM
12 701 Market St., Suite 1450
   Saint Louis, MO 63101
13 Telephone: (314) 241-2929

14 *Attorney for Plaintiffs*

15 Dated: 3/25/2010

16 By: _____
   DLA PIPER LLP (U.S.)
17 1251 Avenue of the Americas
   New York, New York 10020
18 Telephone: (212) 335-4500
   Facsimile: (212) 335-4501
19

20 *Defendants' Liaison Counsel*

21

22

23 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

24

25 Dated: APR - 5 2010   _____

26 Hon. Charles R. Breyer
   United States District Court
27

28

- 2 -